JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AN BANG TRADING, LTD., a South Korean Company,<br><br>   Plaintiff,<br><br> vs.<br><br>ENTRO, INC., a California Corporation; SUNG YOUNG UM, an individual; and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No. 2:19-cv-02741-MWF-MAA<br>Honorable Michael W. Fitzgerald<br><br>**ORDER RE STIPULATION FOR DISMISSAL** |

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

## ORDER

  The Court has reviewed the Stipulation submitted concurrently herewith, and based on the contents of said Stipulation, finds good cause to approve the agreement contained therein. Accordingly, the Court orders:

1. This action is to be dismissed with prejudice as to Defendants Entro, Inc. and Sung Young Um; and
2. Each party is to bear its own costs and attorney's fees as incurred against one another.

IT IS SO ORDERED.

Date: December 18, 2020

MICHAEL W. FITZGERALD
United States District Judge